**<u>CERTIFICATE OF SERVICE</u>**

I, Eileen M. Bradley, hereby certify that on this 10th day of January, 2022, the Motion to Dismiss was filed via the Court's CM/ECF filing system.

Respectfully submitted,

*<u>/s/  Eileen M. Bradley, Esquire</u>*
Eileen M. Bradley, Esquire
Attorneys for Defendants
Liberty Mutual Insurance Group, Inc.
d/b/a Liberty Mutual Insurance,
Liberty Mutual Insurance Company,
SafeCo Insurance Company of America,
and LM General Insurance Company