# United States District Court
# Eastern District of Pennsylvania

| | |
|---|---|
| ERIC SUBER and MARY LYNNE FORREY-SUBER, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Liberty Mutual Insurance Group, Inc., d/b/a Liberty Mutual Insurance, Liberty Mutual Insurance Company, Safeco Insurance Company of America, and LM General Insurance Company,<br><br>Defendants. | Case No. 2:21-cv-4750-GAM |

### [PROPOSED] ORDER

And now, this _____ day of _____, 2022, upon consideration of Plaintiffs' Motion to Strike Directed to LM General Insurance Company, and any response or reply thereto, it is hereby ordered that the motion is GRANTED.

It is further ORDERED that the following shall be struck from the pleadings:

1. Footnote Five of ECF 11-1 which reads: "LM General joins this section of the Non-Insuring Defendants' motion and memorandum seeking dismissal of the nationwide claims for lack of standing."; and

2. The Second Affirmative Defense of ECF 12 which is on page 10 and reads: "LM General asserts each and every defense available to it under the terms of the contract."; and

3. The words "including reasonable attorneys' fees" from the WHEREFORE clause on page 12 of ECF 12.

SO ORDERED,


_____
The Honorable Gerald A. McHugh
United States District Judge