IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIC SUBER et al.**, on their own behalf and on behalf of all others similarly situated | : : : : | |
| v. | : : | CIVIL ACTION NO. 21-4750 |
| **LIBERTY MUTUAL INSURANCE GROUP et al.** | : : | |

## ORDER

This 30th day of March, 2022, it is hereby **ORDERED** that Defendants' Motion to Dismiss the Complaint is **GRANTED in part** and **DENIED part**. The motion as to Plaintiffs' claims against Defendants Safeco Insurance Company and Liberty Mutual Group[1] is **GRANTED** and the claims against these two parties only are hereby **DISMISSED** with prejudice. The motion is **DENIED** in all other respects.

It is further **ORDERED** that Plaintiffs' Motion to Strike is **DENIED**.

    /s/ Gerald Austin McHugh
United States District Judge

---

[1] Incorrectly named in the Complaint and on the docket as "Liberty Mutual Insurance Group, Inc. d/b/a Liberty Mutual Insurance."