UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC SUBER and MARY LYNNE FORREY-SUBER, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE GROUP, INC., d/b/a Liberty Mutual Insurance; LIBERTY MUTUAL INSURANCE COMPANY; SAFECO INSURANCE COMPANY OF AMERICA; and LM GENERAL INSURANCE COMPANY,<br><br>Defendants. | Case No. 2:21-cv-4750-GAM |

## PLAINTIFFS' STIPULATION TO DISMISS WITH PREJUDICE

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Eric Suber and Mary Lynne Forrey-Suber and Defendants Liberty Mutual Group, Inc.[1] Liberty Mutual Insurance Company, Safeco Insurance Company of America, and LM General Insurance Company (collectively "Parties") stipulate to dismiss this action, in its entirety, with prejudice. The Parties will bear their own costs and fees.

SO STIPULATED AND AGREED, this 13th day of June 2023.

[*Signatures on following page*.]

---

[1] Plaintiffs intended to name "Liberty Mutual Group Inc.," not "Liberty Mutual ***Insurance*** Group, Inc."

/s/ _____
Kenneth J. Grunfeld, Esquire
Richard Golomb, Esquire
Kevin W. Fay, Esquire
GOLOMB SPIRT GRUNFELD, P.C.
1835 Market Street, Suite 2900
Philadelphia, PA 19103

*Counsel for Plaintiffs*

/s/ *Tiffany Powers*_____
Tiffany Powers
(PA ID: 310263)
Elizabeth Helmer
(*pro hac vice*; Ga Bar 415161)
ALSTON & BIRD LLP
One Atlantic Center
1201 W Peachtree St NE, Suite 4900
Atlanta, GA 30309
Tel.: 404-881-7000
tiffany.powers@alston.com
elizabeth.helmer@alston.com

/s/ *Christopher Rubinate*_____
Christopher Rubinate
(PA ID: 307425)
Bennett, Bricklin & Saltzburg LLC
Centre Square, West Tower
1500 Market Street, 32nd Floor
Philadelphia, PA 19102
Tel.: 215.665.3390
Rubinate@bbs-law.com

*Counsel for Defendants*

*Liberty Mutual Group Inc., Liberty Mutual Insurance Company, Safeco Insurance Company of America, and LM General Insurance Company*